**Motion Granted; Dismissed and Memorandum Opinion filed May 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00163-CV

### JACQUELYN A. HINOJOSA, Appellant

### V.

### TEXAS WINDMILL APARTMENTS, LP D/B/A ROYAL OAKS OF PEARLAND and NEWPORT ASSET MANAGEMENT, INC., Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2009-64460**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 1, 2013. On April 9, 2013, the court granted the parties' agreed motion to abate the appeal for sixty days to complete a settlement agreement. On May 22, 2013, appellant filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted

Accordingly, the appeal is ordered reinstated and dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.